In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00378-CV

_____

IN RE DAVID EARL STANLEY

_____

Original Proceeding

_____

MEMORANDUM OPINION

David Earl Stanley filed an original petition for a writ of mandamus to compel the Judge of the 258th District Court to rule on motions that Stanley filed in a forfeiture proceeding. Stanley states that he filed the motions pro se while represented by counsel. "[A] trial court is under no mandatory duty to accept or consider pleadings filed pro se by a party who is represented by counsel." *In re Sondley*, 990 S.W.2d 361, 362 (Tex. App.—Amarillo 1999, orig. proceeding); *see also* Tex. R. Civ. P. 7. We deny the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on September 24, 2014
Opinion Delivered September 25, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.